IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>vs.<br><br>Hampton Corporation, Inc,<br>Daniel Stauss,<br>Scott Stauss,<br>Steele Apts, LLC,<br>Hepper Olson Architects, Ltd.,<br>Pribula Engineering, PLLC,<br>HDD, Inc., and<br>Times Square Townhomes II, Inc.,<br><br>                              Defendants,<br><br>and<br><br>Carrington Townhomes, Inc.,<br>South Hampton Townhomes, Inc., and<br>Townhomes at Charleswood LLP,<br><br>                              Rule 19 defendants. | Case No. 3:20-cv-042 |

## ORDER ADOPTING CONSENT JUDGMENT

[¶1]    THIS MATTER comes before the Court on a Motion to Approve Consent Judgment. Doc. Nos. 80.  Approval of a consent decree is within the informed discretion of the Court. United States v. Union Elec. Co., 132 F.3d 422, 430 (8th Cir. 1997); see also United States v. Akzo Coatings of America, Inc., 949 F.2d 1409, 1429 (6th Cir. 1991). That discretion generally should be exercised in favor of the settlement of litigation. Donovan v. Robbins, 752 F.2d 1170, 1177 (7th Cir. 1985);

1

see also Aro Corp. v. Allied Witan Co., 531 F.2d 1368, 1372 (6th Cir. 1976). In reviewing a consent decree, the Court must determine whether it is fair, adequate, reasonable, and consistent with the goals of the underlying legislation. Union Elec. Co., 132 F.3d at 430; see also United States v. Hercules, Inc., 961 F.2d 796, 800 (8th Cir. 1992); United States v. Metro. St. Louis Sewer District, 952 F.2d 1040, 1044 (8th Cir. 1992). The role of the court is to ensure that the settlement "is not illegal, a product of collusion, or against the public interest." United States v. Colorado, 937 F.2d 505, 509 (10th Cir. 1991).

[¶2]   The Court has carefully reviewed the entire record, the parties' filings, the Consent Decree and the relevant law. The Court finds the Consent Decree is fair, adequate, reasonable, and consistent with the law and the public interest. For good cause shown, the motion (Docket No. 80) is **GRANTED**.

[¶3]   **IT IS SO ORDERED**.

DATED August 19, 2021.

Daniel M. Traynor, District Judge
United States District Court