IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case 3:20-cv-00042-DMT-ARS |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **HIGH PLAINS FAIR HOUSING** ) | |
| **CENTER, INC.,** ) | |
| ) | |
| **Plaintiff-Intervenor,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **HAMPTON CORPORATION,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

## NOTICE OF LODGING CONSENT ORDER

Pursuant the settlement between plaintiff-intervenor High Plains Fair Housing Center (HPFHC) and defendants Hampton Corporation, Inc., HDD, Inc., South Hampton Townhomes, Inc., Steeple Apts, LLC, Times Square Townhomes II, Inc., and Carrington Townhomes, Inc. (Hampton Defendants), the parties hereby submit their proposed consent order for consideration and entry by the Court. A copy of the proposed consent order is lodged as an attachment to this notice.

Upon entry of the consent order, this action between HPFHC and the

Hampton Defendants is fully resolved.

The Court shall retain jurisdiction solely for purposes of enforcement.

* * *

Dated: September 15, 2021.

Respectfully submitted,

| | |
|---|---|
| SCHNEIDER LAW FIRM<br>Mac Schneider (ND 6476)<br>mac@schneiderlawfirm.com<br>815 3rd Ave. South<br>Fargo, ND 58103<br>Tel: 866-715-8740 | BRANCART & BRANCART<br><br>*/s/ Christopher Brancart*<br>Christopher Brancart (ND 6170)<br>cbrancart@brancart.com<br>P.O. Box 686<br>Pescadero, CA 94060<br>Tel: (650) 879-0141 |

Attorneys for Plaintiff-Intervenor High Plains Fair Housing Center

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on September 15, 2021, I served by email via ECF on all counsel of record a copy of the attached document – **NOTICE OF LODGING CONSENT ORDER**– transmitted to the following:

Jon Brakke
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
Email: jbrakke@vogellaw.com

[For Defendants]

Alan Martinson
Civil Rights Division - Housing and Civil Enforcement Section
150 M Street NE
Washington, DC 20002
202-514-1968
Email: Alan.Martinson@usdoj.gov

[For the United States]

Abigail Marshak
Civil Rights Division - Housing and Civil Enforcement Section
150 M Street NE
Washington, DC 20002
202-514-1968
Email: abigail.marshak@usdoj.gov

[For the United States]

Tara V. Iversen
U.S. Attorney's Office
655 1 Ave N Ste 250
Fargo, ND 58102
701-297-7414
Email: Tara.Iversen@usdoj.gov

[For the United States]

*/s/ Christopher Brancart*